**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GERALD HALL,

          Petitioner

          v.

ROBERT GILMORE, ET AL.,

          Respondent

:  No. 55 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus are DENIED.